UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIKA PAULUS,

                      Plaintiff,

-against-

HOWARD MARKS, et al.,

                      Defendants.

1:21-cv-06999 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court has reviewed Defendants' Letter Motion for a Local Rule 37.2 Conference (ECF No. 22) and Plaintiff's Letter Response in opposition (ECF No. 23). Defendants' request for a conference is GRANTED. Accordingly, counsel for all parties shall appear for a conference on **November 10, 2022 at 12:00 p.m.** in Courtroom 20B of the United States District Court, 500 Pearl Street, New York, New York 10007.

Dated:  November 4, 2022
          New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge