```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MONIKA PAULUS,

                                       Plaintiff,

        -against-

HOWARD MARKS, et al.,

                                   Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

21-CV-6999 (JLR)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 25). A telephone conference will be held on **Tuesday, January 3, 2023 at 12:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: November 11, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge