## PADUANO & WEINTRAUB LLP
### 1251 AVENUE OF THE AMERICAS
### NINTH FLOOR
### NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

February 13, 2023

<u>VIA ECF</u>

Hon. Jennifer L. Rochon
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 20B
New York, New York 10007-1312

Re:   <u>Paulus v. Marks et al.; Case No. 1:21-cv-06999-JLR</u>

Your Honor:

We represent Defendants Howard Marks, Nancy Marks and Andrew Marks (collectively, "Defendants") in the above-referenced matter. Pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully request an adjournment of the Post-Discovery Pre-Trial Conference, currently scheduled for March 23, 2023 at 11 AM, due to prescheduled travel for both parties' counsel. We have conferred with counsel for Plaintiff, and all counsel are available on the following alternate dates to reschedule: March 29, 2023 after 10:30 AM; April 5, 2023 after 10:30 AM; and April 6, 2023 at any time.

This is the first request for adjournment of the Post-Discovery Pre-Trial Conference. No other deadlines will be affected.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Kerry A. Burns

Kerry A. Burns

Cc:   All Counsel (by ECF and electronic mail)

Request **GRANTED**.  The post-discovery pre-trial conference is hereby adjourned to **April 6, 2023 at 11 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED

Dated:  February 14, 2023
New York, New York

JENNIFER L. ROCHON
United States District Judge